# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Harry Anthony Scheina III (full name)
(Register No) #1018855

Plaintiff(s).

v.

James Sigman (Full name)

Defendant(s).

Case No. 18-3210-CV-S-BP-P

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
**X** Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): F.R.D.C., Fulton, MO

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Harry Anthony Scheina III  Register No. #1018855
   Address F.R.D.C. P.O. Box 190
           Fulton, MO 65251

B. Defendant James Sigman
   Is employed as Sheriff of Texas County, MO

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:18-cv-03210-BP   Document 1   Filed 07/02/18   Page 1 of 6

III. Do your claims involve medical treatment?   Yes ____   No _X_

IV. Do you request a jury trial?   Yes _X_   No ____

V. Do you request money damages?   Yes _X_   No ____

State the amount claimed?   $ 1,000,000.00 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes ____   No _X_

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes _X_   No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ____   No _X_

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

N/a

D. If you have not filed a grievance, state the reasons.
Sheriff Sigman's actions against me occurred hours before I was transferred from Texas County Jail to F.R.D.C.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes _X_   No ____

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes _X_   No ____

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Harry Anthony Scheina II #1618855 / James Sigman, et al.,
        (Plaintiff)                                    (Defendant)

(2) Date filed: May 29, 2018

2

(3) Court where filed: U.S. District Court, Western District of Miss[ouri]

(4) Case Number and citation: 6:18-cv-03169-BP-P

(5) Basic claim made: Excessive Force / Refusal of Medical Tre[atment]

(6) Date of disposition: undisposed

(7) Disposition: Pending
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: n/a
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

1. See additional attatched "Statement of Claim" paper.

B. State briefly your legal theory or cite appropriate authority:
Used excessive force

3

# IX = Statement of Claim
## Section A.

On April 4, 2018, two days after my arrival in the Texas County Jail, I was discussing with Sheriff James Sigman my continued placement in the holding/booking area cells versus my placement in a general population cell, per Sheriff Sigman's promise the previous day to move me to a general population cell. This discussion was taking place face to face as Sheriff Sigman was standing in the open doorway of my holding area/booking area cell.

The discussion became very heated and Sheriff Sigman attacked me, tackling me nearly all the way to the ground.

Sheriff Sigman wrestled me into a position where his arm was around my neck, with my adam's apple and front of my throat in the inside crook of his elbow.

Sheriff Sigman began repeatedly slamming me to the ground, then jerking me back to a nearly standing position, then Sheriff Sigman drug me to an "isolation" cell, all the while choking me, with his arm locked around my throat, under my jaw. At no point during this altercation was I resisting in any way. Sheriff Sigman's actions damaged the hardware in my already injured jaw, thus re-injuring my as-yet-unhealed fracture.

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
I want 1,000,000.00 after taxes and fees/costs as well as Sheriff Sigman's resignation. I want updated grievance policy in Texas County and improved training for law enforcement, as well as payment of all medical expenses.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Nathaniel Simmons #286150

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes ___ No X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
N/A

C. Have you previously had a lawyer representing you in a civil action in this court?  Yes ___ No X

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 27 day of JUNE 2018

Harry A Schein III
Signature(s) of Plaintiff(s) 1018855

4

Harry Anthony Scheina III
#1018855  H.U. 5-D-142-5
F.R.D.C. P.O. Box 190
Fulton, MO 65251

This correspondence is from an Inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MAILED FROM
FULTON RECEPTION AND
DIAGNOSTIC CENTER

Legal Mail

MID-MISSOURI P&DF
MO 652 1 T
29 JUN 2018 PM

RECEIVED
2018 JUL -2 PM 1:01
CLERK U.S. DISTRICT COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

Atten: Paige Wymore-Wynn
Clerk of the Courts
400 East 9th Street, Room 1510
Kansas City, MO 64106

64106+1998 C015