UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY A. SCHEINA, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-3210 |
| | ) | |
| JAMES SIGMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Matthew D. Wilson, of Keck &Austin, L.L.C., and hereby enters his appearance on behalf of Defendant, Sheriff James Sigman, in the above-styled cause.

Respectfully submitted,

**KECK & AUSTIN, LLC**

*/s/ Matthew D. Wilson*
Matthew D. Wilson, #59966
3140 East Division
Springfield, Missouri 65802
Telephone: (417) 890-8989
Telecopier: (417) 890-8990
matt@keckaustin.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and accurate copy of the foregoing Defendant's Answer was forwarded to plaintiff by U.S. First Class postage pre-paid, this 8th day of August, 2018 to:

Mr. Harry A. Scheina, III #1018855
30227 US Highway 136
Maryville, MO 64468

*/s/ Matthew D. Wilson*
Matthew D. Wilson