UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HARRY A. SCHEINA, III, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-3210 |
| JAMES SIGMAN, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

COMES NOW, Defendant James Sigman, and hereby certifies that a true and accurate copy of the forgoing Defendant's First Initial Rule 26 Disclosures, Defendant's First Interrogatories to Plaintiff and Defendant's First Request for Production of Documents, were forwarded to Plaintiff by U.S. First Class postage pre-paid, this 23rd day of August, 2018 to:

Mr. Harry A. Scheina, III #101885
30227 US Highway 136
Maryville, MO 64468

Respectfully submitted,

**KECK & AUSTIN, LLC**

*/s/ Matthew D. Wilson*
Matthew D. Wilson, #59966
3140 East Division
Springfield, Missouri 65802
Telephone: (417) 890-8989
Telecopier: (417) 890-8990
matt@keckaustin.com
**ATTORNEYS FOR DEFENDANTS**