IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

HARRY ANTHONY SCHEINA, III,       )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )   Case No.: 18-3210-CV-S-BP-P
                                  )
JAMES SIGMAN,                     )
                                  )
        Defendant.                )

## JOINT MOTION TO AMEND PRETRIAL SCHEDULING ORDER

COME NOW the parties, by and through their undersigned counsel of record, and request that the Court amend the Pretrial Scheduling Order [Doc. 10]. As grounds for their motion, the parties jointly state to the Court as follows.

1. Counsel for Plaintiff was just recently retained in this matter, and needs additional time to participate in discovery or depositions.

2. The Parties have conferred and recommend to the Court the following amendments to the Pretrial Scheduling Order:

    a. Disclosures shall be made by November 1, 2018.

    b. Additional parties or Amended Pleadings shall be made by January 1, 2019.

    c. Expert Disclosures by Plaintiff shall be made by February 15, 2019, and Expert Disclosure by Defendant shall be made by March 15, 2019.

    d. All Pretrial Discovery shall be completed as of May 1, 2019.

    e. Daubert Motions shall be due by June 1, 2019.

    f. Any Motion for Summary Judgment shall be filed as of May 31, 2019.

g. Trial will be set by the Court in chambers with Counsel present by telephone conference in January 2019.

3. This motion is not made for the purpose of hindrance or delay, but in the interest of justice, and all parties hereto agree.

WHEREFORE, based upon the above and foregoing, the parties jointly move this Court to adopt an amended Pretrial Scheduling Order as outlined above.

Respectfully submitted,

  /s/Christopher J. Swatosh
Christopher John Swatosh     #45845
200 E. Washington
P.O. Box 190
Ava, MO 65608
(417) 683-2987
CSwatosh@GetGoin.net
*Attorney for Plaintiff*

  /s/ Matthew D. Wilson
Matthew D. Wilson     #59966
3140 East Division
Springfield, MO 65802
(417) 890-8989
matt@keckaustin.com
*Attorneys for Defendant*