UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HARRY A. SCHEINA, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-03210-CV-S-BP |
| ) | |
| JAMES SIGMAN, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF CHANGE OF FIRM NAME**

The firm of Keck & Austin, L.L.C. advises the Court and counsel of a change of

the firm's name and email address **effective December 1, 2018** as follows:

    Keck, Phillips & Wilson, LLC
    Email: matt@kpwlawfirm.com

The address, phone number and fax number will remain the same as follows:

    3140 E. Division St.
    Springfield, MO 65802
    Phone: 417-890-8989
    Fax: 417-890-8990

    Respectfully submitted,

    KECK & AUSTIN, LLC

    By */s/ Matthew D. Wilson*
    Matthew D. Wilson, #59966
    3140 East Division
    Springfield, Missouri 65802
    Telephone: (417) 890-8989
    Fax: (417) 890-8990
    Email: matt@keckaustin.com
    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via ECF this 28th day of November, 2018 to:

Christopher J. Swatosh
Law Offices of Christopher J. Swatosh, LLC
200 E. Washington
PO Box 190
Ava, MO 65608

/s/ *Matthew D. Wilson*
Matthew D. Wilson