IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY ANTHONY SCHEINA, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 18-3210-CV-S-BP-P |
| | ) | |
| JAMES SIGMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO AMEND PRETRIAL SCHEDULING ORDER**

COME NOW the Plaintiff, Harry Scheina, III, by and through Christopher J. Swatosh, his counsel of record, and request that the Court amend the Pretrial Scheduling Order [Doc. 10]. As grounds for his motion, Plaintiff states to the Court as follows.

1. Counsel for Plaintiff was retained in late August/early September. Plaintiff is currently incarcerated and lives in Maryville, Missouri, which is nearly 6 hours away from Plaintiffs counsel. Needless to say, confidential communication is extremely limited and difficult to achieve, given the distance. Further, many of the witnesses of Plaintiff are people who are also incarcerated. However, many of those witnesses whereabouts remains unknown to counsel, which makes preparation extremely time consuming and difficult.

2. The Plaintiff requests that the Pretrial Scheduling Order being amended by allowing until January 16, 2019 to add additional parties and/or amended pleadings.

3. Counsel has been in communication with opposing counsel and opposing counsel does not object to Plaintiffs request to extend the deadline for amended pleading to January 16, 2019.

4. This motion is not made for the purpose of hindrance or delay, but in the interest of justice, and all parties hereto agree.

WHEREFORE, based upon the above and foregoing, Plaintiff moves this Court to adopt an amended Pretrial Scheduling Order as outlined above.

Respectfully submitted,

/s/Christopher J. Swatosh________________________

Christopher John Swatosh #45845
200 E. Washington
P.O. Box 190
Ava, MO 65608
(417) 683-2987
CSwatosh@GetGoin.net
*Attorney for Plaintiff*