IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HARRY ANTHONY SCHEINA, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-03210-CV-S-BP |
| v. ) | |
| ) | |
| JAMES SIGMAN, Sheriff of the Texas ) | |
| County, MO, Individually and ) | |
| In his official capacity; JENNIFER ) | |
| TOMASZEWSKI, Individually ) | |
| COUNTY OF TEXAS, MISSOURI ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW, David L. Steelman and Stephen F. Gaunt, and the Law Offices of Steelman and Gaunt, and hereby enters their appearance as attorneys of record to represent Plaintiff, Harry Anthony Scheina III, in the above-styled cause of action.

Respectfully Submitted,

**STEELMAN & GAUNT**

By:  /s/ David L. Steelman
 _____
David L. Steelman, #27334
901 N. Pine St, Suite 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com

/s/ Stephen F. Gaunt
_____
Stephen F. Gaunt, #33183
901 N. Pine St., Suite 110
P.O. Box 1257

Rolla, MO 65402  
Telephone: 573-341-8336  
Fax: 573-341-8548  
sgaunt@steelmanandgaunt.com