UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY A. SCHEINA, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-3210 |
| | ) | |
| JAMES SIGMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant certifies that a true and correct copy of Defendant's Rule 26(a)(2) First Supplemental Disclosures Regarding Insurance, along with the Attachments referenced therein, were served upon the following by electronic mailing, on the 21st day of February, 2019, to:

Christopher J. Swatosh
Law Offices of Christopher J. Swatosh, LLC
200 E. Washington
PO Box 190
Ava, MO 65608

Stephen F. Gaunt
David L. Steelman
Steelman & Gaunt
901 Pine St.
Ste. 110
P.O. Box 1257
Rolla, MO 65402

Respectfully submitted,

KECK, PHILLIPS & WILSON, LLC
By      /s/ Matthew D. Wilson
Patricia A. Keck, Mo. Bar No. 42811
Matthew D Wilson, Mo. Bar No. 59966
3140 East Division
Springfield, Missouri 65802
Telephone: (417) 890-8989
matt@kpwlawfirm.com
pat@kpwlawfirm.com
*Attorneys for Defendant*