# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| Harry Anthony Scheina, III <br><br> *Plaintiff(s)* <br> v. <br> James Sigman, Jennifer Tomaszewski, and County of Texas, Missouri <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 6:18-cv-03210 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jennifer Tomaszewski
5511 Gaston Road
Eunice, MO 65468

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David Steelman and Stephen Gaunt, Attorneys for Plaintiff
Steelman & Gaunt
901 N. Pine St., Ste 110
Rolla, MO 65401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/21/19

s/ Karen Siegert
*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:18-cv-03210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 5511 GAStowAd Eunice MO on *(date)* 21 Feb 2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there;
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-22-19

*Server's signature*

Richard S/Giles
*Printed name and title*

P.O. Box 1504 Rolla MO
*Server's address*

Additional information regarding attempted service, etc: