IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HARRY ANTHONY SCHEINA, III, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-03210-CV-S-BP |
| JAMES SIGMAN, Sheriff of the Texas County, MO, Individually and In his official capacity; JENNIFER TOMASZEWSKI, Individually COUNTY OF TEXAS, MISSOURI | ) |
| Defendants. | ) |

## JOINT PROPOSED AMENDED SCHEDULING ORDER

COMES NOW the parties, through undersigned counsel, and pursuant to this Court's March 15 2019, order [Doc. 45], hereby submit to the Court the following proposed scheduling order:

1. DISCOVERY DEADLINE. All pretrial discovery authorized by the Federal Rules of Civil Procedure other than depositions of designated experts shall be completed by December 2, 2019.

2. EXPERT DESIGNATION DEADLINES. Plaintiff shall designate any expert witnesses it intends to call at trial before December 2, 2019, and the defendants shall designate any expert witnesses it intends to call at trial on or before January 2, 2020.

3. DISPOSITIVE MOTION DEADLINE. All dispositive motions, except those under Rule 12(h)(2)or (3), shall be filed on or before January 31, 2020.

4. All *DAUBERT* MOTIONS. *Daubert* Motions shall be due by February 3, 2020.

5. Trial Setting is hereby continued to a date and time to be set by this Court. Pretrial Conference, Pretrial Teleconference, Pretrial Conference Document Deadline, and Settlement Deadline all continued to a date and time to be set by this Court.

WHERFORE, the parties jointly move this Court to adopt the proposed schedule as outlined above.

Respectfully Submitted,

**STEELMAN & GAUNT**

By: /s/ Stephen F. Gaunt
_____
David L. Steelman, #27334
Stephen F. Gaunt, #33183
901 N. Pine St, Suite 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

**LAW OFFICE OF CHRISTOPHER J. SWATOSH**

By: /s/ Christopher J. Swatosh
_____
Christopher J. Swatosh, # 45845
P.O. Box 190
200 E. Washington St.
Ava, MO 65608
Telephone: 417-683-2987
Fax: 417-683-2983
cswatosh@getgoin.net

**ATTORNEYS FOR PLAINTIFF**

**FISHER PATTERSON SAYLER & SMITH, L.L.P.**

By: /s/ Jasmine Y. McCormick
_____
Portia C. Kayser, #63527
Jasmine Y. McCormick, #66386
1010 Market Street, Suite 1650
St. Louis, MO 63101
Telephone: 314-561-3675
Fax: 314-571-6792
pkayser@fisherpatterson.com
jmccormick@fisherpatterson.com

**ATTORNEYS FOR TEXAS COUNTY**

**KECK, PHILLIPS & WILSON**

By: /s/ Matthew D. Wilson
_____
Matthew D. Wilson, #59966
3140 E. Division
Springfield, MO 65802
Telephone: 417-890-8989
Fax: 417-890-8990
matt@kpwlawfirm.com

**ATTORNEYS FOR JAMES SIGMAN AND JENNIFER TOMASZEWSKI**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 12th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Stephen F. Gaunt