UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY A. SCHEINA, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-3210 |
| | ) | |
| JAMES SIGMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **ENTRY OF APPEARANCE**

COMES NOW, John Spurlock, of Keck &Austin, L.L.C., and hereby enters his appearance on behalf of Defendants, James Sigman and Jennifer Tomaszewski, in the above-styled cause.

Respectfully submitted,

KECK & AUSTIN, LLC

By  */s/ John S. Spurlock*
Patricia A. Keck, Mo. Bar No. 42811
John Spurlock, Mo. Bar No. 69362
3140 East Division
Springfield, Missouri 65802
Telephone: (417) 890-8989
Facsimile: (417) 890-8990
Email: john@kpwlawfirm.com
*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF MAILING

       The undersigned hereby certifies that a true and accurate copy of the foregoing Defendant's Answer was forwarded to plaintiff by U.S. First Class postage pre-paid, this 3rd day of September, 2019 to:

Christopher J. Swatosh
Law Office of Christopher J. Swatosh
200 East Washington
PO box 190
Ava, Mo 65608
cswatosh@getgoin.net

David L. Steelman
Stephen F. Gaunt
Steelman & Guant
901 Pine Street
Ste. 110
PO Box 1257
Rolla, Mo 65402
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

Jasmine Y. McCormick
Portia C. Kayser
Fisher, Patterson, Sayler & Smith-stL
1010 Market
Suite 1650
St. Louis, Mo 63101
jmccormick@fisherpatterson.com
pkayser@fisherpatterson.com

                                      /s/ *John Spurlock*
                                           Attorney