UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY A. SCHEINA, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-3210 |
| | ) | |
| JAMES SIGMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

COME NOW, Defendant James Sigman, and hereby certifies that a true and accurate copy of the forgoing *Defendant James Sigman's Second Interrogatories to Plaintiff* was forwarded by electronic mailing, in WORD and PDF format this 10th day of October, 2019 to:


**VIA EMAIL**
Christopher J. Swatosh
Law Offices of Christopher J. Swatosh, LLC
200 E. Washington
PO Box 190
Ava, MO 65608
cswatosh@getgoin.net
danienaesmith@gmail.com

**VIA EMAIL**
Stephen F. Gaunt
David L. Steelman
Steelman & Gaunt
901 Pine St.
Ste. 110
P.O. Box 1257
Rolla, MO 65402
sgaunt@steelmanandgaunt.com
dsteelman@steelmanandgaunt.com

Respectfully submitted,

KECK & PHILLIPS, LLC

By  /s/ John S. Spurlock
    John Spurlock, Mo. Bar No. 69362
    3140 East Division
    Springfield, Missouri 65802
    Telephone: (417) 890-8989
    Facsimile: (417) 890-8990
    Email: john@kpwlawfirm.com
    *Attorneys for Defendants*