# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| HARRY ANTHONY SCHEINA, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 18-03210-CV-S-BP |
| v. | ) |
| | ) |
| JAMES SIGMAN, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL BY PARTIES

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby stipulate that pursuant to Defendant Texas County's Rule 68 Offer of Judgment, Plaintiff dismisses his causes of action against Defendants James Sigman and Jennifer Tomaszewski with prejudice.

Respectfully Submitted,

**STEELMAN & GAUNT**

By: /s/ Stephen F. Gaunt
_____
David L. Steelman, #27334
Stephen F. Gaunt, #33183
901 N. Pine St, Suite 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

**LAW OFFICE OF CHRISTOPHER J. SWATOSH**

By: /s/ Christopher J. Swatosh
_____
Christopher J. Swatosh, # 45845
P.O. Box 190
200 E. Washington St.
Ava, MO 65608
Telephone: 417-683-2987
Fax: 417-683-2983
cswatosh@getgoin.net

**ATTORNEYS FOR PLAINTIFF**

**KECK & PHILLIPS, L.L.C.**

By: /s/John Spurlock
_____

John Spurlock #69362
3140 E. Division
Springfield, MO 65802
Ph (417) 890-8989
Fax (417) 890-8990
john@kpwlawfirm.com

**ATTORNEY FOR DEFENDANTS SIGMAN AND TOMASZEWSKI**

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

By: /s/ Portia C. Kayser
_____
Portia C. Kayser, #63527MO
1010 Market Street, Suite 1650
St. Louis, MO 63101
Telephone: (314) 561-3675
Facsimile: (314) 571-6792
pkayser@fisherpatterson.com

**ATTORNEY FOR DEFENDANT TEXAS COUNTY, MISSOURI**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Stephen F. Gaunt