# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| HARRY ANTHONY SCHEINA, III, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-03210-CV-S-BP |
| JAMES SIGMAN *et al.*, | ) |
| Defendants. | ) |

## ORDER

Defendant Texas County (the only remaining Defendant) has extended an Offer of Judgment pursuant to Rule 68 to Plaintiff Harry Anthony Scheina III, and Plaintiff has accepted the offer. Thereafter, Defendant filed a motion asking the Court to enter judgment against it in the amount of $30,000 plus attorney's fees to be determined by the Court. (Doc. 85.) However, the Court does not presently have any information to determine reasonable attorney's fees.

Therefore, Plaintiff is directed to, by November 12, 2019, file either (1) a request for attorney's fees to which the parties have agreed or (2) materials to support the Court's determination of attorney's fees. If Plaintiff files the latter, Defendant may respond to Plaintiff's request on or before November 26, 2019.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: October 29, 2019        UNITED STATES DISTRICT COURT